**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON EDWARDS, | ) | 1:09cv0561 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| MIDPOINT RESOLUTIONS GROUP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Plaintiff Shannon Edwards ("Plaintiff") filed the instant action under the Fair Debt Collection Practices Act on March 26, 2009.  The Clerk entered default against Defendant Midpoint Resolutions Group on August 21, 2009.

  On November 11, 2009, Plaintiff filed a motion for default judgment.  The motion was heard on December 18, 2009.  As explained at the hearing, the Court removed the motion from calendar based on evidentiary deficiencies in Plaintiff's motion.

  As of the date of this order to show cause, Plaintiff has not re-noticed the motion for default judgment or otherwise contacted the Court regarding the status of the action.

  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why this action should not be dismissed for failure to prosecute.  Plaintiff SHALL file a written response to this order to show cause within twenty (20) days of the date of service of this order.

1   <u>If Plaintiff fails to comply with this order, the action will be dismissed for failure to
2   prosecute.</u>

4   IT IS SO ORDERED.

5   **Dated:   March 29, 2010**                       /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE